# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ANCONA,<br>    Plaintiff,<br><br>   v.<br><br>WARDEN CHAPDELAINE, et al.,<br>    Defendants. | No. 3:14-cv-01506 (JAM) |

## ORDER OF DISMISSAL

On October 22, 2014, the Court issued a Notice of Insufficiency advising the petitioner that if he did not complete and submit a new application to proceed *in forma pauperis* by November 12, 2014, this case would be dismissed.

Because the plaintiff has not submitted a new application to proceed *in forma pauperis* within the time specified by the Court, this case is dismissed without prejudice. Any motion to reopen shall be accompanied by a new application to proceed *in forma pauperis*, including a certified prison account statement, and shall show cause why petitioner failed to comply with the Court's order. The Clerk is directed to close this case.

It is so ordered.

Dated at Bridgeport this 29th day of January 2015.

/s/
Jeffrey Alker Meyer
United States District Judge